**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| TRACEY BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  21-cv-5845 |
| v. | ) | |
| | ) | |
| NORTHWESTERN MEMORIAL | ) | Hon. Judge John R. Blakey |
| HEALTHCARE, NORTHWESTERN MEDICINE | ) | Magistrate Judge Jeffrey T. Gilbert |
| HOLDINGS CO., and NORTHWESTERN | ) | |
| MEMORIAL HOSPITAL, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Plaintiff, TRACEY BAKER, through her attorney, Antonio L. Jeffrey of Jeffrey & Erwin, LLP, and Defendants, NORTHWESTERN MEMPORIAL HEALTHCARE, NORTHWESTERN MEDICINE HOLDINGS, CO., and NORTHWESTERN MEMORIAL HOSPITAL, through its attorneys, Craig R. Thorstenson, Becky L. Kalas, and Karl E. Analo, of Ford Harrison, LLP, and pursuant to this Court's Order (DKT No. 26), submit this joint status report and state as follows:

1.       On April 14, 2022, with the Court's assistance, the parties reached a settlement agreement of this matter.

2.       On April 21, 2022, this Court ordered the parties to file dismissal documents or an updated status report by May 13, 2022. (DKT. No. 26)

3.       On May 2, 2022, Defendants' counsel forwarded a draft settlement agreement and general release to Plaintiff's counsel for review and execution.

4.       On May 5, 2022, Plaintiff's counsel returned the executed settlement agreement and general release to Defendants' counsel.

1

2

5.      At this time, Defendants' counsel is securing the signature of Defendants' representative and processing the settlement check for issuance to Plaintiff.

6.      Upon Plaintiff's counsel's receipt of the fully executed settlement agreement and general release and settlement funds, the parties will file a stipulation of dismissal.

Dated: May 12, 2022

_/s/  Antonio L. Jeffrey_____                        /s/  Becky L. Kalas (with permission)___
Antonio L. Jeffrey                                               Becky L. Kalas
IL ARDC #6308345                                          IL ARDC #6279983
Jeffrey & Erwin, LLP                                       FordHarrison LLP
Attorney for Plaintiff                                        Attorney for Defendants